within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–670.   IN RE DISBARMENT OF LEWIS.   It is ordered that Terrence Lee Lewis, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–671.   IN RE DISBARMENT OF CLINTON.   It is ordered that Daniel James Clinton, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–672.   IN RE DISBARMENT OF COOPER.   It is ordered that Edward Samuel Cooper, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–673.   IN RE DISBARMENT OF SIMON.   It is ordered that Nathan Simon, of Willoughby, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–674.   IN RE DISBARMENT OF DOZORYST.   It is ordered that Nicholas George Dozoryst II, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 108, Orig.   NEBRASKA v. WYOMING ET AL.   Defendants are invited to file responses within 21 days to the motion of plaintiff to amend petition for an order enforcing decree and for injunctive relief.   [For earlier order herein, see, e. g., 483 U. S. 1002.]